# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANE DOE,

        Plaintiff,

v.                                  Case No:   6:19-cv-2414-Orl-40LRH

RICKEY PATEL, LLC, HUUCU
NGUYEN, CTN MAINGATE INC., SKY
MOTEL, INC., G6 HOSPITALITY LLC,
SWEET ROSE CORPORATION, CPLG
HOL, LLC, CPLG PROPERTIES
L.L.C., LQ MANAGEMENT LLC, LA
QUINTA WORLDWIDE, LQ FL
PROPERTIES, LLC, ROSEN
INTERNATIONAL, INC., SURENDRA
MADHAV PATEL and MW
PLANTATION, LP,

        Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

___X___    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                      Before the United States Judicial Panel On Multidistrict Litigation
                      MDL NO. 2928
                      IN RE:  Hotel Industry Sex Trafficking

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  January 8, 2020

_/s/ C. Richard Newsome_____
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.:  827258
**MICHELE L. REED, ESQUIRE**
Florida Bar No.: 124481
**MILETTE E. WEBBER, ESQUIRE**
Florida Bar No.:  145874
NEWSOME MELTON

201 South Orange Avenue, Suite 150
 Orlando, Florida 3280
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
reed@newsomelaw.com
webber@newsomelaw.com
oneill@newsomelaw.com