**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JANE DOE,                                                    CASE NO.: 6:19-cv-02414

        Plaintiff,

        v.

RICKEY PATEL, LLC d/b/a VACATION
INN, SKY MOTEL, INC., HUUCU NGUYEN
AND CTN MAINGATE INC. d/b/a ROOMBA
INN & SUITES, G6 HOSPITALITY, LLC d/b/a
STUDIO 6, SWEET ROSE CORPORATION
d/b/a MAGIC CASTLE INN & SUITES,
CPLG HOL, LLC, CPLG PROPERTIES, LLC,
LQ MANAGEMENT, LLC, LA QUINTA
WORLDWIDE LLC, LQ FL PROPERTIES LLC n/k/a
CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN &
SUITES SUNRISE SAWGRASS MILLS #1048, LQ FL
PROPERTIES LLC n/k/a CPLG FL PROPERTIES LLC
d/b/a LA QUINTA INN & SUITES FT. LAUDERDALE
PLANTATION #982, LQ FL PROPERTIES LLC n/k/a
CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN
FORT LAUDERDALE TAMARAC EAST #4006,
ROSEN INTERNATIONAL INC. n/k/a ROSEN 6327, INC.
d/b/a RODEWAY INN INTERNATIONAL, CHOICE
HOTELS INTERNATIONAL, INC., SURENDRA
PATEL d/b/a BUDGET INN OF ORLANDO, MW
PLANTATION, LP d/b/a SAWGRASS INN &
CONFERENCE CENTER,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO DEFENDANT ROSEN INTERNATIONAL INC n/k/a ROSEN 6327, INC. d/b/a RODEWAY INN INTERNATIONAL

        Plaintiff, Jane Doe, by and through the undersigned counsel, and pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action against Defendant, Rosen

International Inc. n/k/a Rosen 6327, Inc. d/b/a Rodeway Inn International.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The Rule further clarifies that such dismissals are deemed to be without prejudice. Fed. R. Civ P. 41(a)(1)(B). Defendant, Rosen International Inc. n/k/a Rosen 6327, Inc. d/b/a Rodeway Inn International has not filed an answer or a motion for summary judgment in this action.  Accordingly, this action may be dismissed without an Order of the Court.

Respectfully Submitted,

**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**R. FRANK MELTON, ESQUIRE**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQUIRE**
Florida Bar No.:  145874
NEWSOME MELTON
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
reed@newsomelaw.com
webber@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020 a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.

R. Frank Melton, II
Attorney

Jonathon Rivera
Director of Safety Services
**Rosen Hotels & Resorts**
Risk Management Office
8444 International Dr
Orlando 32819
Phone: 407-996-9709
*Email: jorivera@rosenhotels.com*

J. Trumon Phillips
Florida Bar No. 84568
Fredrick H.L. McClure
Florida Bar No. 147354
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, Florida 33607-6233
Phone:  813-229-2111
Fax:  813-229-1447
Email: Fredrick.mcclure@dlapiper.com;
        trumon.phillips@dlapiper.com
        sheila.hall@dlapiper.com

David Sager (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
 Fax: 973-520 2551
Email: david.sager@dlapiper.com

*Attorneys for Defendants*
*LQ Management L.L.C., CPLG HOL  L.L.C.,*
*CPLG Properties L.L.C., LQ FL Properties L.L.C*
*and La Quinta Worldwide, LLC*

David S. Harrigan
Therese A. Savona Christopher
J. Wyszynski
**Cole Scott & Kissane, P.A.**
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, FL 32810
Phone:  321-972-0014
Fax:  321-972-0099
Email: david.harrigan@csklegal.com
         christopher.wyszynski@csklegal.com
         myrna.liggett@csklegal.com

*Attorneys for Defendants*
*Rickey Patel, LLC /b/a Vacation Inn and Sky Motel, Inc.*


Onier Llopiz
Eric L. McAliley
**Lydecker Diaz**
2300 Glades Road, Suite 440W
Boca Raton, FL  33431
Phone:  786-587-1899
Fax:  305-416-3190
Email: ol@lydeckerdiaz.com
         elm@lydeckerdiaz.com
         adl@lydeckerdiaz.com
         cs@lydeckerdiaz.com
         christy@lydeckerdiaz.com

*Attorneys for Defendant*
*Surenda Patel d/b/a Budget Inn of Orlando*


Kyle Diamantas
Sara M. Turner (*pro hac vice* forthcoming)
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
200 South Orange Avenue, Suite 2900
Orlando, FL  32801
Phone:  407-422-6600
Fax:  407-841-0325
Email: kdiamantas@bakerdonelson.com
         smturner@bakerdonelson.com
         sdenny@bakerdonelson.com

*Attorneys for Defendant*
*Choice Hotels International, Inc.*

Elan A. Gershoni
**DLA Piper LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
Phone:  305-423-8554
Fax:  305-675-7885
Email: elan.gershoni@dlapiper.com
**-and-**
Angela C. Agrusa (*pro hac vice* forthcoming)
Shannon E. Dudic (*pro hac vice* forthcoming)
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone:  310-595-3000
Fax:  310-595-3300
Email: angela.agrusa@dlapiper.com
        shannon.dudic@dlapiper.com

*Attorneys for Defendant G6*
*Hospitality LLC*

Bruce Trybus
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Phone:  954-568-6669
Fax:  954-568-0085
Email: btrybus@ctkplaw.com
        reception@ctkplaw.com
        yhall@ctkplaw.com
        tzerof@ctkplaw.com

*Attorneys for Defendant*
*MW Plantation, LP d/b/a Sawgrass Inn & Conference Center*

Todd M. Hoepker
**Todd M. Hoepker, P.A.**
55 East Pine Street
Orlando, FL  32801
Phone:  407-426-2060
Fax:  407-426-2066
Email: toddhoepker@hoepkerlaw.com

*Attorney for Defendant Sweet Rose Corporation d/b/a Magic Castle Inn & Suites*