UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,   CASE NO.: 6:19-cv-02414

        Plaintiff,

  v.

RICKEY PATEL, LLC d/b/a VACATION INN, SKY MOTEL, INC., et al,

        Defendants.
_____/

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AND MEMORANDUM IN SUPPORT

Plaintiff, Jane Doe, by and through the undersigned counsel, hereby moves for entry of default against Defendant Huucu Nguyen and CTN Maingate Inc. d/b/a Roomba Inn & Suites pursuant to Fed. R. Civ. P. 55(a) and Local Rule 1.07.

Plaintiff commenced this action for damages against this Defendant for its complicity in and profit from the victimization and sex trafficking of Plaintiff at Defendant's hotel. Both Huucu Nguyen and CTN Maingate were served with the Complaint on January 23, 2020 on behalf of Roomba Inn & Suites. [Doc. 57 and 58]. The answer or response to the complaint was due twenty-one (21) days later, on February 14, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i).

Defendant has not filed an answer or any other responsive pleading to the complaint. Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.07, the Clerk must enter a default against a Defendant that fails to appear or defend. Plaintiff therefore moves for the entry of default against Defendant Huucu Nguyen and CTN Maingate Inc. d/b/a Roomba Inn & Suites.

This 28th day of February, 2020.

Respectfully Submitted,

/s/ *Milette E. Webber*
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**R. FRANK MELTON, ESQUIRE**
Florida Bar No. 0475440
**MILETTE E. WEBBER, ESQUIRE**
Florida Bar No.: 145874
NEWSOME MELTON
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
newsome@newsomelaw.com
reed@newsomelaw.com
webber@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020 a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.

/s/ Milette E. Webber
Milette E. Webber
Attorney

Jonathon Rivera
Director of Safety Services
**Rosen Hotels & Resorts**
Risk Management Office
8444 International Dr
Orlando 32819
Phone: 407-996-9709
Email: jorivera@rosenhotels.com

J. Trumon Phillips
Florida Bar No. 84568
Fredrick H.L. McClure
Florida Bar No. 147354
**DLA PIPER LLP (US)**

3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, Florida 33607-6233
Phone: 813-229-2111
Fax: 813-229-1447
Email: Fredrick.mcclure@dlapiper.com;
 trumon.phillips@dlapiper.com
 sheila.hall@dlapiper.com


David Sager (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
 Fax: 973-520 2551
Email: david.sager@dlapiper.com

*Attorneys for Defendants*
*LQ Management L.L.C., CPLG HOL  L.L.C.,*
*CPLG Properties L.L.C., LQ FL Properties L.L.C*
*and La Quinta Worldwide, LLC*


David S. Harrigan
Therese A. Savona Christopher J. Wyszynski
**Cole Scott & Kissane, P.A.**
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, FL 32810
Phone:  321-972-0014
Fax:  321-972-0099
Email: david.harrigan@csklegal.com
 christopher.wyszynski@csklegal.com
 myrna.liggett@csklegal.com

*Attorneys for Defendants*
*Rickey Patel, LLC /b/a Vacation Inn and Sky Motel, Inc.*

Onier Llopiz
Eric L. McAliley
**Lydecker Diaz**
2300 Glades Road, Suite 440W
Boca Raton, FL  33431
Phone:  786-587-1899
Fax:  305-416-3190
Email: ol@lydeckerdiaz.com
    elm@lydeckerdiaz.com
    adl@lydeckerdiaz.com
    cs@lydeckerdiaz.com
    christy@lydeckerdiaz.com

*Attorneys for Defendant*
*Surendra Patel d/b/a Budget Inn of Orlando*

Kyle Diamantas
Sara M. Turner (*pro hac vice* forthcoming)
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
200 South Orange Avenue, Suite 2900
Orlando, FL  32801
Phone:  407-422-6600
Fax:  407-841-0325
Email: kdiamantas@bakerdonelson.com
    smturner@bakerdonelson.com
    sdenny@bakerdonelson.com

*Attorneys for Defendant Choice Hotels International, Inc.*

Elan A. Gershoni
**DLA Piper LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
Phone:  305-423-8554
Fax:  305-675-7885
Email: elan.gershoni@dlapiper.com

**-and-**

Angela C. Agrusa (*pro hac vice* forthcoming)
Shannon E. Dudic (*pro hac vice* forthcoming)
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone:  310-595-3000

Email: angela.agrusa@dlapiper.com
shannon.dudic@dlapiper.com

*Attorneys for Defendant G6 Hospitality LLC*

Bruce Trybus
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Phone:  954-568-6669
Fax:  954-568-0085
Email: btrybus@ctkplaw.com
reception@ctkplaw.com
yhall@ctkplaw.com
tzerof@ctkplaw.com

*Attorneys for Defendant
MW Plantation, LP d/b/a Sawgrass Inn & Conference Center*

Todd M. Hoepker
**Todd M. Hoepker, P.A.**
55 East Pine Street
Orlando, FL  32801
Phone:  407-426-2060
Fax:  407-426-2066
Email: toddhoepker@hoepkerlaw.com

*Attorney for Defendant Sweet Rose Corporation d/b/a Magic Castle Inn & Sui*

## EXHIBIT A

## AFFIDAVIT OF MILETTE E. WEBBER

COUNTY OF ORANGE

STATE OF FLORIDA

BEFORE ME, personally appeared, Milette E. Webber, who deposes and says:

1. My name is Milette E. Webber. I am more than twenty-one years of age, of sound mind and competent to make this Affidavit and all statements herein.

2. I am an attorney of record for the Plaintiff in the case style *Jane Doe v. Rickey Patel, LLC*, case number 6:19-cv-2414-Orl-40LRH.

3. Huucu Nguyen and CTN Maingate, Inc. d/b/a Roomba Inn & Suites, were duly served with a copy of the summons, together with a copy of Plaintiff's complaint on January 23, 2020. Copies of the affidavit of service for both Huucu Nguyen and CTN Maingate were filed in this case as docket entries 57 and 58.

4. More than twenty-one days have elapsed since the date on which Defendant was served with the summons and complaint.

5. Defendant has failed to answer or otherwise respond to Plaintiff's complaint.

6. This affidavit is executed by affiant in accordance with Federal Rule of Civil Procedure 55(a) and Local Rule 1.07 for the purpose of enabling Plaintiff to obtain an entry of

default against Defendant Huucu Nguyen and CTN Maingate, Inc. d/b/a Roomba Inn & Suites for failure to answer or otherwise respond to Plaintiff's complaint.

This 28th day of February, 2020.

_____
Milette E. Webber
Florida Bar No. 145874

SWORN AND SUBSCRIBED before me by the above named individual this 28th day of February, 2020, after first being placed under oath, and who is personally known to me or who has provided __NA__ as identification

_____
Notary Public

My Commission Expires: 1/11/2022

LARA SUCHARSKI
Notary Public – State of Florida
Commission # GG 169338
My Comm. Expires Jan 11, 2022
Bonded through National Notary Assn.