**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

      **Plaintiff,**

v.                                                                               Case No:   6:19-cv-2414-Orl-40LRH

**RICKEY PATEL, LLC, HUUCU NGUYEN, CTN MAINGATE INC., SKY MOTEL, INC., G6 HOSPITALITY LLC, SWEET ROSE CORPORATION, CPLG HOL, LLC, CPLG PROPERTIES LLC, LQ MANAGEMENT LLC, LA QUINTA WORLDWIDE LLC, LQ FL PROPERTIES, LLC, SURENDRA PATEL, MW PLANTATION, LP, LQ FL PROPERTIES LLC, LQ FL PROPERTIES LLC and CHOICE HOTELS INTERNATIONAL, INC.,**

      **Defendants.**

**ORDER**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT (Doc. 80)**
>
> **FILED:**         **February 28, 2020**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

      The Plaintiff moves for the entry of clerk's default against the Defendants Huucu Nguyen and CTN Maingate Inc. (collectively, the "Defendants"). (Doc. 8 ("Motion")). The Motion does not contain a memorandum of law as required by Local Rule 3.01(a) showing, with citation to

authority, that the Defendants were properly served. (*See id.*). It is also unclear from the affidavits of service whether either Defendant was properly served. (*See* Docs. 57; 58). The Court will therefore deny the Motion without prejudice. If the Plaintiff files a renewed motion for entry of clerk's default, the motion must cite to evidence and authority showing that the Defendants were properly served.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 80) is **DENIED WITHOUT PREJUDICE.**

2. If the Plaintiff files a renewed motion for entry of clerk's default, the motion must cite to evidence and authority showing that the Defendants were properly served.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2020.

_____

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties