UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANE DOE,**

        **Plaintiff,**

v.                                                  Case No: 6:19-cv-2414-Orl-40LRH

**RICKEY PATEL, LLC, HUUCU NGUYEN, CTN MAINGATE INC., SKY MOTEL, INC., G6 HOSPITALITY LLC, SWEET ROSE CORPORATION, CPLG HOL, LLC, CPLG PROPERTIES LLC, LQ MANAGEMENT LLC, LA QUINTA WORLDWIDE LLC, LQ FL PROPERTIES, LLC, SURENDRA PATEL, MW PLANTATION, LP, LQ FL PROPERTIES LLC and LQ FL PROPERTIES LLC,**

        **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **CTN MAINGATE INC.** in Orlando, Florida on the 9th day of March, 2020.

ELIZABETH M. WARREN, CLERK

s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record