UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-60683-WPD-CIV-DIMITROULEAS

JANE DOE,

Magistrate Judge Snow

      Plaintiff,

vs.

RICKEY PATEL, LLC, HUUCU NGUYEN,
CTN MAINGATE INC., SKY MOTEL, INC.,
G6 HOSPITALITY LLC, SWEET ROSE
CORPORATION, CPLG PROPERTIES LLC,
LQ MANAGEMENT LLC, LA QUINTA
WORLDWIDE, LLC, LQ FL PROPERTIES, LLC,
SURENDRA PATEL, MW PLANTATION, LP,
LQ FL PROPERTIES LLC, LQ FL PROPERTIES LLC,
CHOICE HOTELS INTERNATIONAL, INC.,
8444 INVESTMENTS, LLC,,

      Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSALS

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without

Prejudice to Defendant Surendra Patel d/b/a Budget Inn of Orlando [DE 142]; Plaintiff's Notice

of Voluntary Dismissal Without Prejudice to Defendant Huucu Nguyen and CTN Maingate Inc.

d/b/a Roomba Inn & Suites [DE 143]; Plaintiff's Notice of Voluntary Dismissal Without

Prejudice to Defendant 8444 Investments, LLC d/b/a Rodeway Inn International [DE 144];

Plaintiff's Notice of Voluntary Dismissal Without Prejudice to Defendant Sweet Rose

Corporation d/b/a Magic Castle Inn & Suites [DE 145]; Plaintiff's Notice of Voluntary Dismissal

Without Prejudice to Defendant LQ FL Properties LLC n/k/a CPLG FL Properties LLC d/b/a La

Quinta Inn & Suites Ft. Lauderdale #982 [DE 146]; Plaintiff's Notice of Voluntary Dismissal

Without Prejudice to Defendant LQ FL Properties LLC n/k/a CPLG FL Properties LLC d/b/a La

Quinta Inn & Suites Sunrise Sawgrass Mills #1048 [DE 147] (the "Notices"), filed herein on

April 22, 2020. The Court has carefully reviewed the Notices and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notices [DE 142, 143, 144, 145, 146, 147] are hereby **APPROVED**.

2. Defendant Surendra Patel d/b/a Budget Inn of Orlando; Defendant Huucu Nguyen and CTN Maingate Inc. d/b/a Roomba Inn & Suites; Defendant 8444 Investments, LLC d/b/a Rodeway Inn International; Sweet Rose Corporation d/b/a Magic Castle Inn & Suites; Defendant LQ FL Properties LLC n/k/a CPLG FL Properties LLC d/b/a La Quinta Inn & Suites Ft. Lauderdale #982; and Defendant LQ FL Properties LLC n/k/a CPLG FL Properties LLC d/b/a La Quinta Inn & Suites Sunrise Sawgrass Mills #1048 are **DISMISSED**.

3. Defendant's, Surendra Patel d/b/a Budget Inn of Orlando, Motion to Dismiss Plaintiff's Second Amended Complaint [DE 120] is **DENIED as moot.**

4. This case remains pending as to the remaining Defendants

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 24th day of April, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record