UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-60683-WPD-CIV-DIMITROULEAS/SNOW

JANE DOE,

    Plaintiff,

        v.

RICKEY PATEL, LLC d/b/a VACATION INN,
SKY MOTEL, INC., LQ FL PROPERTIES
LLC n/k/a CPLG FL PROPERTIES LLC d/b/a
LA QUINTA INN located at 7901 SW 6th St,
Plantation, FL, LQ FL PROPERTIES LLC n/k/a
CPLG FL PROPERTIES LLC d/b/a LA
QUINTA INN FORT LAUDERDALE
TAMARAC EAST #4006, MW
PLANTATION, LP d/b/a SAWGRASS INN &
CONFERENCE CENTER,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Parties Joint Stipulation of Dismissal with Prejudice as to Defendant G6 Hospitality, LLC d/b/a Studio 6 (the "Stipulation") [DE 165], filed herein on May 6, 2020. The Court has carefully reviewed the Stipulation [DE 165] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 165] is **APPROVED**; and

2.     Defendant G6 Hospitality, LLC d/b/a Studio 6 is hereby **DISMISSED WITH PREJUDICE**;

3.     This case remains open and pending as to the remaining Defendants

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 8th day of May, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record