**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:20-60683-WPD-CIV-DIMITROULEAS

JANE DOE,

      Plaintiff,

vs.

RICKEY PATEL, LLC d/b/a VACATION INN,
SKY MOTEL, INC., LQ FL PROPERTIES LLC
n/k/a CPLG FL PROPERTIES LLC d/b/a LA
QUINTA INN & SUITES FORT LAUDERDALE
TAMARAC EAST #4006; LQ FL
PROPERTIES LLC d/b/a LA QUINTA INN located
at 7901 SW 6th Street PLANTATION, FL; and MW
PLANTATION, LP d/b/a SAWGRASS INN &
CONFERENCE CENTER,

      Defendants.

_____/

## <u>ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED</u>

THIS ORDER has been entered upon the transfer of 20-62541 *Doe v.  LQ Management LLC et al* from Judge Cohn to the undersigned.  The Court has carefully reviewed the record and is otherwise fully advised.

It appears that the following actions, now pending before the undersigned, may be appropriate for consolidation for purposes of "economy of time and effort for itself, for counsel and for litigants.'" *See Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations omitted):

      20-cv-60683 *Doe v. Rickey Patel, LLC et al*;

      20-cv-62541 *Jane Doe v. LQ Management LLC et al*;

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall show cause on or before **December 21, 2020**, why these actions should not be consolidated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record