**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**
**CASE NO. 0:20-60683-WPD-CIV-DIMITROULEAS**

JANE DOE,

      Plaintiff,

vs.

RICKEY PATEL, LLC d/b/a VACATION INN, et
al.

      Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL**

    The Plaintiff, JANE DOE, and Defendants, RICKEY PATEL, LLC d/b/a VACATION

INN and SKY MOTEL, INC., by and through undersigned counsel, hereby agree and stipulate to

the entry of an Order of Dismissal of this action, with prejudice, each party to bear their own costs

and attorney's fees.

| | |
|---|---|
| By:  */s/ Maegen Peek Luka*_____ | By:  */s/ Joseph J. Goldberg*_____ |
| C. RICHARD NEWSOME | JOSEPH J. GOLDBERG, Esq. |
| Florida Bar No. 827258 | Florida Bar No.: 91107 |
| R. FRANK MELTON, ESQUIRE | COLE SCOTT & KISSANE, P.A. |
| Florida Bar No.: 0475440 | 9150 South Dadeland Boulevard |
| MILETTE E. WEBBER, ESQUIRE | Suite 1400, Dadeland Center II |
| Florida Bar No.: 145874 | Miami, Florida 33156 |
| MAEGEN PEEK LUKA, ESQUIRE | Telephone: (786) 268-6756 |
| Florida Bar No. 549851 | Facsimile: (305) 373-2294 |
| NEWSOME MELTON | |
| 201 S. Orange Ave., Ste 1500 | *Attorneys for Defendants, Sky Motel, Inc. and* |
| Orlando, FL 32801 | *Rickey Patel d/b/a Vacation Inn* |
| Ph: 407-648-5977 | |
| Fax: 407-648-5282 | |
| *Attorneys for Plaintiff* | |

newsome@newsomelaw.com
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com
swinehart@newsomelaw.com
oneill@newsomelaw.com

## CERTIFICATE OF SERVICE

We certify that on December 18, 2020, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

## SERVICE LIST

Joseph J. Goldberg
Lindsay A. Adler
**COLE, SCOTT & KISSANE, P.A.**
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5300
Facsimile: (305) 373-2274
Email: joseph.goldberg@csklegal.com
        Lindsay.adler@csklegal.com

*Attorneys for Defendants*
*Rickey Patel, LLC and Sky Motel, Inc.*

Bruce Trybus
Cooney Trybus Kwavnick Peets
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL  33309
Phone:  954-568-6669
Fax:  954-568-0085
Email: btrybus@ctkplaw.com
        reception@ctkplaw.com
        yhall@ctkplaw.com
        tzerof@ctkplaw.com

*Attorneys for Defendant*
*MW Plantation, LP d/b/a Sawgrass Inn & Conference*