# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF FLORIDA

### FORT LAUDERDALE DIVISION
### CASE NO. 0:20-60683-WPD-CIV-DIMITROULEAS

JANE DOE,

      Plaintiff,

vs.

RICKEY PATEL, LLC d/b/a VACATION INN, et al.

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, JANE DOE, and Defendant, MW PLANTATION have resolved this case.

By and through undersigned counsel, they hereby agree and stipulate to the entry of an Order of

Dismissal of this action, with prejudice, each party to bear their own costs and attorney's fees.


By: */s/ Maegen Peek Luka*               By: */s/ Bruce Trybus*

C. RICHARD NEWSOME, ESQUIRE     Bruce Trybus
Florida Bar No. 827258                 Florida Bar No. 972983
R. FRANK MELTON, ESQUIRE         Cooney Trybus Kwavnick Peets
Florida Bar No.: 0475440             1600 W. Commercial Blvd., Suite 200
MILETTE E. WEBBER, ESQUIRE       Fort Lauderdale, FL  33309
Florida Bar No.:  145874             Phone:  954-568-6669
MAEGEN PEEK LUKA, ESQUIRE      Fax:  954-568-0085
Florida Bar No. 549851               Email: btrybus@ctkplaw.com
NEWSOME MELTON                      reception@ctkplaw.com
201 S. Orange Ave., Ste 1500          yhall@ctkplaw.com
Orlando, FL 32801                    tzerof@ctkplaw.com
Ph: 407-648-5977
Fax: 407-648-5282                  *Attorneys for Defendant*
*Attorneys for Plaintiff*           *MW Plantation, LP d/b/a Sawgrass Inn &*
newsome@newsomelaw.com       *Conference  Center*
melton@newsomelaw.com
webber@newsomelaw.com
luka@newsomelaw.com

swinehart@newsomelaw.com
oneill@newsomelaw.com

## CERTIFICATE OF SERVICE

We certify that on December 18, 2020, the undersigned electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all

parties.

## SERVICE LIST

Joseph J. Goldberg
Lindsay A. Adler
**COLE, SCOTT & KISSANE, P.A.**
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5300
Facsimile: (305) 373-2274
Email: joseph.goldberg@csklegal.com
        Lindsay.adler@csklegal.com
        Linn.signori@csklegal.com

*Attorneys for Defendants*
*Rickey Patel, LLC and Sky Motel, Inc.*

Bruce Trybus
Cooney Trybus Kwavnick Peets
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL  33309
Phone:  954-568-6669
Fax:  954-568-0085
Email: btrybus@ctkplaw.com
        reception@ctkplaw.com
        yhall@ctkplaw.com
        tzerof@ctkplaw.com

*Attorneys for Defendant*
*MW Plantation, LP d/b/a Sawgrass Inn & Conference Center*