**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:20-60683-WPD-CIV-DIMITROULEAS

JANE DOE,

    Plaintiff,

vs.

RICKEY PATEL, LLC d/b/a VACATION INN,
SKY MOTEL, INC., LQ FL PROPERTIES LLC
n/k/a CPLG FL PROPERTIES LLC d/b/a LA
QUINTA INN & SUITES FORT LAUDERDALE
TAMARAC EAST #4006; LQ FL
PROPERTIES LLC d/b/a LA QUINTA INN located
at 7901 SW 6th Street PLANTATION, FL; and MW
PLANTATION, LP d/b/a SAWGRASS INN &
CONFERENCE CENTER,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff and Defendants Rickey Patel and Sky Motel's Joint Stipulation of Dismissal [DE 218] and MW Plantation's Joint Stipulation of Dismissal [DE 219] (the "Stipulations"), filed herein on December 18, 2020. The Court has carefully reviewed the Stipulations [DE 218, 219] and is otherwise fully advised in the premises.

Accordingly, it is **218 AND ADJUDGED** as follows:

1. The Stipulations [DE 218, 219] are **APPROVED**; and

2. Defendants Rickey Patel, Sky Motel, and MW Plantation are hereby **DISMISSED WITH PREJUDICE**.

3. As Plaintiff's claims against all Defendants have been dismiss in this matter, The Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 28th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record